# EXHIBIT

# "1"

APL Logistics

SEA WAYBILL NO.

# NON-NEGOTIABLE SEA WAYBILL

NGB320363

SHIPPER (Principal or Seller licensee and full address)
ZHEJIANG CARBO BRONZE CO., LTD
37 # HAIKOU SOUTH ROAD,
BINGANG INDUSTRIAL ZONE

CONSIGNEE (Name and Full Address)
WATTS REGULATOR COMPANY
815 CHESTNUT STREET
NORTH ANDOVER MA 01845 USA

NOTIFY PARTY (NAME AND ADDRESS)
EXPEDITORS INTERNATIONAL
795 JUBILEE DRIVE
PEABODY MA 01960 USA

ALSO NOTIFY PARTY

VESSEL AND VOYAGE
MATSON WAIKIKI 020E

EXPORT REFERENCE

| PLACE OF RECEIPT | PORT OF LOADING |
|---|---|
| NINGBO, CHINA | NINGBO, CHINA |
| PORT OF DISCHARGE | PLACE OF DELIVERY |
| LONG BEACH, CA | FRANKLIN, NH |

EXCESS VALUATION Please Refer to Clause 7 (iii) of the Carrier's Bill of Lading

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT KGS. | MEASUREMENT CBM. |
|---|---|---|---|---|

APLG CONTINENTAL TRANS

| CNTR# | CARRIER SEAL# | MODE | SIZE | PKGS UNIT | | |
|---|---|---|---|---|---|---|
| MATU2299642 | 1506742 | CY / SDD | 40X8'6 | 29 PKGS | 19559.000 | 38.240 |
| MATU2304754 | 1506731 | CY / SDD | 40X8'6 | 29 PKGS | 19253.000 | 36.260 |
| | | 58 PKGS | | | 38812.000 | 74.500 |

WEBSTER VALVE — VALVE BODY HS:8481901000
PLT
PLT SIZE
PACKING DATE
PO NUMBER
PART NUMBER
DESC OF PRODUCT
ITEM QTY
NW
GW

TOTAL FIFTY-EIGHT PKGS ONLY

SHIPPERS LOAD, STOW AND COUNT

TTL BL TOTALS FP: 58 PKGS ON BOARD DATE: 18NOV2025 38812.000 74.500

** FREIGHT COLLECT **

B/L TO BE RELEASED AT

OCEAN FREIGHT PAYABLE AT

| FREIGHT RATES CHARGES, WEIGHTS AND/OR MEASUREMENTS (SUBJECT TO CORRECTION) | PREPAID | COLLECT |
|---|---|---|
| AS PER ARRANGE | | |
| TOTAL | | |

The undersigned Carrier hereby acknowledges receipt of the container or packages or other shipping units said to contain the Goods described above in apparent external good order and condition unless otherwise stated. Receipt, custody, carriage and delivery of the Goods are subject to all the terms and conditions set forth and incorporated by reference on this side and the reverse hereof, whether written, stamped or printed.

This sea waybill is a non-negotiable document, which need not be surrendered in exchange for delivery of goods, and the carrier shall be justified in delivering the goods to
(a) a person who is lawfully entitled to the possession of the goods,
or
(b) the consignee named in the waybill.

FOR AND ON BEHALF OF
APL Logistics Ltd

By:______________________

Date and Place Issued:
19NOV2025 NINGBO, CHINA

COPY-NON NEGOTIABLE

VERIFY COPY

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

CARBO BRONZE00090085
MADE IN CHINA

REMARKS
NO WOOD PACKAGING MATERIAL

STORE-DOOR DELIVERY REQUIRED
WATTS REGULATOR COMPANY
583 SOUTH MAIN STREET
FRANKLIN,NH,03235

VERIFY COPY

ELECTRONIC IMAGE SUBJECT TO TERMS AND CONDITIONS

19NOV2025 NINGBO, CHINA